## APRIL TERM, 1796.

## Branson *ads.* Boardman and another.

IN this caufe, a *demurrer* was filed to the replication; the defendant's attorney at the fame time, applied to the deputy clerk for leave to ftrike out the *fimiliter*, but the clerk refufed to permit him to do fo. Notice of trial was then given, and an inqueft taken.

*Jones* for defendant, now moved that the verdict be fet afide for irregularity.

*Per Curiam.*    The 9th rule of April term 1796, provides that  " *If either party fhall in*
" *pleading, in any degree, tender an iffue to the*
" *country, and if the oppofite party fhall not demur*
" *to the pleading, within twenty days after fervice*
" *of a copy thereof, the caufe fhall in each of*
" *thefe cafes, be deemed to be at iffue ;"*   but here was a demurrer filed within the twenty days, and the ftriking out the *fimiliter* from the replication which had been filed was not neceffary.   Let the verdict be fet afide with cofts.